Circuit Court for Anne Arundel County
Case No. C-02-CV-18-001013
Argued: May 2, 2018

IN THE COURT OF APPEALS
OF MARYLAND

No. 85

September Term, 2017

LINDA H. LAMONE

v.

NANCY LEWIN, et al.

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

Per Curiam Order
Watts and Hotten, JJ., dissent.

Filed: May 2, 2018

LINDA H. LAMONE        *        IN THE

                                   *        COURT OF APPEALS

                                   *        OF MARYLAND

                                   *        No. 85

NANCY LEWIN, et al.        *        September Term, 2017

## **<u>PER CURIAM ORDER</u>**

For reasons to be stated later in an opinion to be filed, it is this 2nd day of May, 2018,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the immediate stay pending further review granted by this Court on April 27, 2018 be, and it is hereby lifted, and it is further

ORDERED, that the preliminary injunction order entered by the Circuit Court for Anne Arundel County be, and it is hereby, vacated and the case is remanded to that Court with direction that the Court dismiss the complaint. Costs to be paid by the appellees. Mandate to issue forthwith.

/s/ Mary Ellen Barbera

Chief Judge

* Judges Watts and Hotten dissent.